AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT       Name of District Court, and/or Judge/Magistrate Location
                                 ☐ SUPERSEDING       **NORTHERN DISTRICT OF CALIFORNIA**
                                                                    **OAKLAND DIVISION**

**— OFFENSE CHARGED —**

18 U.S.C. § 1951(a) – Robbery Affecting Interstate Commerce
18 U.S.C. § 2 – Aiding and Abetting
18 U.S.C. § 924(d)(1), 981, and 28 U.S.C. § 2461(c) - Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
- Imprisonment: 20 years (18 U.S.C. § 1951(a))
- Fine: $250,000 (18 U.S.C. § 3571(b)(3))
- Supervised Release: 3 years (18 U.S.C. § 3583(b)(2))
- Special Assessment: $100 (18 U.S.C. § 3013(a)(2)(A))
- Forfeiture: Of stolen money or property
- Restitution: Mandatory (18 U.S.C. § 3664)

**— DEFENDANT - U.S —**

▶ Danier Marquis Becton

DISTRICT COURT NUMBER

**CR 25 0055 JST**

**— PROCEEDING —**

Name of Complaintant Agency, or Person (& Title, if any)
ATF

☒ person is awaiting trial in another Federal or State Court, give name of court
Alameda County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Patrick D. Robbins
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Ivana Djak

**— DEFENDANT —**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**
**FEB 27 2025**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes   If "Yes" give date filed _____
                          ☐ No

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**— ADDITIONAL INFORMATION OR COMMENTS —**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND



F I L E D

FEB 27 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

DANIER MARQUIS BECTON,

JST

CR 25 0055

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1951(a) – Robbery Affecting Interstate Commerce
18 U.S.C. § 924(d)(1), 981, and 28 U.S.C. § 2461(c) - Forfeiture Allegation

18 U.S.C. § 2 – Aiding and Abetting

A true bill.

/s/ Foreperson of the Grand Jury
                                            Foreman

Filed in open court this 27th day of

February, 2025.

_Ivy L. Garcia_
                                            Clerk

Bail, $ Arrest Warrant

US Chief Magistrate Judge Donna M. Ryu

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

**FILED**

FEB 27 2025 

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 25 0055 |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. § 1951(a) – Robbery Affecting Interstate Commerce; |
| DANIER MARQUIS BECTON, | 18 U.S.C. § 2 – Aiding and Abetting; |
| Defendant. | 18 U.S.C. § 924(d)(1), 981, and 28 U.S.C. § 2461(c) - Forfeiture Allegation |
| | OAKLAND |

# INDICTMENT

The Grand Jury charges:

COUNT ONE:    (18 U.S.C. § 1951(a) and 18 U.S.C. § 2 - Robbery Affecting Interstate Commerce)

On or about February 10, 2024, in the Northern District of California, the defendant,

DANIER MARQUIS BECTON,

knowingly and unlawfully obstructed, delayed, and affected commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951, in that the defendant knowingly and unlawfully took store property consisting of U.S. currency and cigarettes from Mike's Smoke Shop located at 35766 Fremont Blvd., Fremont, California, against the will of the clerk working there by means of actual and threatened force,

violence, and fear of injury to the clerk's person, all in violation of Title 18, United States Code, Section 1951(a).

FORFEITURE ALLEGATION:   (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One, the defendant,

DANIER MARQUIS BECTON

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//
//
//
//
//
//
//
//

INDICTMENT    2

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: February 27, 2025                                A TRUE BILL.

_____
FOREPERSON

PATRICK ROBBINS
Acting United States Attorney

 /s/ Ivana Djak
IVANA DJAK
Assistant United States Attorney

INDICTMENT                                          3