**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
13TH FLOOR FEDERAL BUILDING - SUITE 1350N
1301 CLAY STREET
OAKLAND, CA 94612

**JODI LINKER**
*Federal Public Defender*
**ELISSE LAROUCHE**
*Assistant Federal Public Defender*

Telephone:  (510) 637-3500
Cellular Telephone:  (415) 517-4879
Email:  elisse_larouche@fd.org

May 23, 2025

The Honorable Kandis A. Westmore
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94612
Attn: Courtroom Deputy Cindy Fan

***US v. Danier Becton Jr.*, 4:25-cr-00055-JST (KAW)**
**Request to calendar matter for Thursday, May 29, 2025, for bail review**

Your Honor:

I am writing to ask that the above-referenced matter be added to the Court's calendar for Thursday, May 29, 2025, at 10:30 a.m. for reopening bail for Mr. Becton. On March 14, 2025, the Court held a bail hearing for Mr. Becton and ordered him detained. Dkts. 8, 10. At that time, as indicated in the pretrial bail report, Dkt. 7, Mr. Becton's father, Mr. Danier Becton Sr., did not provide his address as a possible residence for Mr. Becton's release. Since then, Mr. Becton Sr. has provided U.S. Pretrial Services with his address and Pretrial Services has contacted Mr. Becton. Pretrial Services plans to file a memorandum once the matter has been scheduled. In addition, Mr. Becton has been screened and approved for two residential programs: Delancy Street Foundation in San Francsico and Positive Directions Treatment, Recovery, and Prevention ("TRP") Program in San Francisco. Because there are now three possible release options that were not available at the initial bail hearing, and because Mr. Becton has been in custody for more than two months, the defense respectfully requests that the Court reopen bail for Mr. Becton for the defense to make a presentation to the Court for his release. Defense counsel has also conferred with the government who indicated that she is available on May 29, 2025.

Thank you.

Sincerely,

JODI LINKER
Federal Public Defender
Northern District of California

/S/

ELISSE LAROUCHE
Assistant Federal Public Defender

cc:    Ivana Djak, AUSA and Yaneyla Arevalo Arellano, US Pretrial